IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES of AMERICA**<br><br>v.<br><br><br>**JACQUEZ TYREKE LEWIS** | Criminal No.: 2:23-CR-366<br><br>18 U.S.C. § 922(a)(1)<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 923(a)<br>18 U.S.C. § 924(a)(1)(D)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>**SEALED INDICTMENT** |

**COUNT 1**
**(Dealing Firearms Without a License)**

**THE GRAND JURY CHARGES:**

That beginning on or about March 2021, and continuing to on or about March 2022, the defendant, **JACQUEZ TYREKE LEWIS**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 – 6
## (False Statement to FFL)

**THE GRAND JURY FURTHER CHARGES**:

That on or about the dates reflected below, in the District of South Carolina, the Defendant, **JACQUEZ TYREKE LEWIS,** did knowingly make a false statement in connection with the acquisition and attempted acquisition of the firearms listed below from the licensed dealer listed below, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the true purchaser of the firearm listed below, whereas in truth and in fact, he was not the true purchaser:

| COUNT | DATE PURCHASED | FIREARM PURCHASED | LICENSED DEALER |
|---|---|---|---|
| 2 | March 13, 2021 | Glock 19, 9mm pistol | C&S Shooting Sports |
| 3 | June 19, 2021 | Glock 21, .45 cal pistol | ATP Gunshop and Range |
| 4 | June 24, 2021 | Taurus G2C, 9mm pistol | Palmetto State Armory |
| 5 | August 25, 2021 | Ruger -57 pistol | ATP Gunshop and Range |
| 6 | February 4, 2022 | Glock 31, .357 cal pistol | ATP Gunshop and Range |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

# FORFEITURE

FIREARM OFFENSES:

Upon conviction for the felony violations of Title 18, United States Code, Section 922 as charged in this Indictment, the Defendant, **JACQUEZ TYREKE LEWIS**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

   (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the Unites States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

Firearms:

(1) Glock 21, .45 cal pistol
    Serial Number: AFNT065

(2) Taurus G2C, 9mm pistol
    Serial Number: ABM308281

(3) Ruger Ruger-57, 5.7x28mm pistol
    Serial Number: 641-41241

(4) Glock 31, .357 caliber pistol
    Serial Number: BTZB009

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A \_\_\_\_TRUE\_\_\_\_ BILL

███████████████████
                    FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *(signature)*
Christopher Lietzow (# 12301)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Fax.: (843) 727-4443
Email: christopher.lietzow@usdoj.gov